IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>RICHARD P. BACCARI and<br>CHURCHILL & BANKS<br>COMPANIES, LLC<br>    Defendants. | 13-cr-150-M-PAS |

## JURY VERDICT FORM

### COUNT ONE

1. As to Count 1 of the indictment, we the Jury find the Defendant, Richard P. Baccari:

    __✓__        _____
    NOT GUILTY      GUILTY

2. As to Count 1 of the indictment, we the Jury find the Defendant, Churchill & Banks Companies, LLC:

    __✓__        _____
    NOT GUILTY      GUILTY

**PROCEED TO PAGE TWO**

## COUNT TWO

1. As to Count 2 of the indictment, we the Jury find the Defendant, Richard P. Baccari:

   __✓_____          _____
   NOT GUILTY         GUILTY

2. As to Count 2 of the indictment, we the Jury find the Defendant, Churchill & Banks Companies, LLC:

   __✓_____          _____
   NOT GUILTY         GUILTY

Signature of Foreperson:

Date: 10/23/14