AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF     Rhode Island

UNITED STATES OF AMERICA

V.

Richard P. Baccari

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: CR13-150-01M

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

John J. McConnell, Jr.
Name of Judge     Title of Judge

10/24/2014
Date